CROSNER LEGAL, P.C.
Michael T. Houchin (SBN 305541)
mhouchin@crosnerlegal.com
Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
Zachary M. Crosner (SBN 272295)
zach@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ROBERTSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN CONTROL CORPORATION,<br><br>Defendant. | Case No. 5:24-cv-1478-SSS (DBTx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Sunshine S. Sykes |

1  Plaintiff Jessica Robertson and Defendant Clean Control Corporation
2  (collectively, "the Parties") hereby notify the Court that they have reached a
3  settlement in this matter. The Parties are working on finalizing their settlement
4  agreement and anticipate that a Joint Stipulation for Voluntary Dismissal will be
5  filed in no later than sixty (60) days.

Dated: November 17, 2025           CROSNER LEGAL, P.C.

                                   By:     */s/ Michael T. Houchin*
                                          MICHAEL T. HOUCHIN

                                   9440 Santa Monica Blvd. Suite 301
                                   Beverly Hills, CA 90210
                                   Tel: (866) 276-7637
                                   Fax: (310) 510-6429
                                   mhouchin@crosnerlegal.com
                                   *Attorneys for Plaintiff and the Proposed Class*

Dated: November 17, 2025           **NORTON ROSE FULBRIGHT US LLP**
                                   JOSHUA D. LEE
                                   ALINA GATTO
                                   ALEXANDRA M. PEREZ


                                   By:   */s/ Joshua D. Lee*
                                          JOSHUA D. LEE

                                   555 South Flower Street
                                   Forty-First Floor
                                   Los Angeles, CA 90071
                                   josh.lee@nortonrosefulbright.com
                                   alina.gatto@nortonrosefulbright.com
                                   alexandra.perez@nortonrosefulbright.com

                                   Attorneys for Defendant
                                   **CLEAN CONTROL CORPORATION**

## SIGNATURE CERTIFICATION

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 17, 2025            CROSNER LEGAL, P.C.

                                    By:     /s/  Michael T. Houchin
                                          MICHAEL T. HOUCHIN

                                    9440 Santa Monica Blvd. Suite 301
                                    Beverly Hills, CA 90210
                                    Tel: (866) 276-7637
                                    Fax: (310) 510-6429
                                    mhouchin@crosnerlegal.com
                                    *Attorneys for Plaintiff and the Proposed Class*