CROSNER LEGAL, P.C.
Michael T. Houchin (SBN 305541)
mhouchin@crosnerlegal.com
Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
Zachary M. Crosner (SBN 272295)
zach@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA ROBERTSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN CONTROL CORPORATION,<br><br>Defendant. | Case No. 5:24-cv-1478-SSS (DBTx)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Sunshine S. Sykes |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jessica Robertson and Defendant Clean Control Corporation (collectively "the Parties") hereby stipulate that Plaintiff's individual claims in this action shall be dismissed with prejudice. The claims of the putative class members, if any, shall be dismissed without prejudice. The Parties shall bear their own attorneys' fees and costs.

Dated: January 20, 2026         **CROSNER LEGAL, P.C.**

By:    */s/ Michael T. Houchin*
         MICHAEL T. HOUCHIN

9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
mhouchin@crosnerlegal.com
*Attorneys for Plaintiff*

Dated: January 20, 2026         **NORTON ROSE FULBRIGHT US LLP**
JOSHUA D. LEE
ALEXANDRA M. PEREZ

By:    */s/ Joshua D. Lee*
Joshua D. Lee
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071
josh.lee@nortonrosefulbright.com
alexandra.perez@nortonrosefulbright.com

Attorneys for Defendant
**CLEAN CONTROL CORPORATION**